IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| MARIAM T. CALLAHAN, | ) |
| *Plaintiff*, | ) |
| v. | ) CASE NO. |
| JAMES VICTORY COBB, JR., et al., | ) |
| *Defendants*. | ) |

## NOTICE OF REMOVAL

Petitioner/Defendant J.H.O.C., Inc. *d/b/a* Premier Transportation ("Premier Transportation") files this Notice of Removal of this action from the Circuit Court for Prince George's County, Maryland to the United States District Court for the District of Maryland under 28 U.S.C. §§ 1441 et seq. and states as follows.

1. On February 6, Plaintiff Mariam T. Callahan ("Plaintiff") filed her Original Complaint against Premier Transportation and James Victory Cobb, Jr. (collectively "Defendants") in the Circuit Court for Prince George's County, Maryland. Ex. A, Original Compl.

2. On April March 2, 2022, Plaintiff attempted to serve Premier Transportation via first class certified mail at 201 N. Congress Avenue, Evansville, Indiana 47715. Ex. B, Affidavit of Service at p. 1, 3.

3. On March 10, 2022, Plaintiff attempted to serve Mr. Cobb via first class certified mail at 414 Maccripine Road, Pinetops, North Carolina 27864. Ex. B, Affidavit of Service at pp. 1, 4.

4. On April 1, 2022, Plaintiff filed her Affidavit of Service claiming that service on both Petitioners/Defendants was proper. Ex. B, Affidavit of Service at p. 2.

5. On April 13, 2022, Defendants informed Plaintiff that her attempt at service was defective for two reasons. First, Plaintiff incorrectly named Premier Transportation when she should name J.H.O.C., Inc. J.H.O.C., Inc. does business as Premier Transportation. Second, Plaintiff improperly attempted service in Indiana. The Indiana address that received the writ of summons was a service terminal for Premier Transportation vehicles. No one at the Indiana terminal is authorized to accept service. J.H.O.C., Inc. is incorporated in Georgia. The resident agent authorized to accept service on behalf of J.H.O.C., Inc. is located in Georgia. Ex. C, State of Georgia Entity Profile for J.H.O.C., Inc; Ex. D, Parties' Correspondence at p. 2.

6. On April 15, 2022, the parties formed an agreement for executing service of process. Plaintiff agreed to amend her Original Complaint to substitute Premier Transportation with J.H.O.C., Inc. *d/b/a* Premier Transportation. Defendants agreed to accept service by regular mail and email. The parties agreed that the date Defendants received the Amended Complaint by either regular mail or email would constitute the date of service. Ex. D, Parties' Correspondence at pp. 1–2.

7. On May 2, 2022, Defendants received a copy of the Amended Complaint, therefore, May 2, 2022 is the date of service in this action. Ex. E, Am. Compl.

8. On May 9, 2022, Defendants filed their Answer in the Circuit Court for Prince George's County, Maryland. Ex. F, Answer.

9. This action satisfies the requirements for the Court to exercise diversity jurisdiction under 28 U.S.C. § 1332(a)(1) because Plaintiff and Defendants are completely diverse and the amount in controversy exceeds $75,000.00.

      a.  Plaintiff is a citizen of the State of Maryland and resides at 9314 Cherry Hill Road, Apt. 415, College Park, Maryland 20740.

      b.  Premier Transportation is a citizen of the State of Georgia and is located at 323 Cash Memorial Boulevard, Forest Park, Georgia 30297.

      c.  Mr. Cobb is a citizen of North Carolina and resides at 414 Maccripine Road, Pinetops, North Carolina 27864.

      d.  Plaintiff's Amended Complaint seeks $500,000.00 in damages.

10.    This action satisfies the requirements for the Court to authorize removal under 28 U.S.C. § 1446(b)(2)(C) because Premier Transportation, the later-served Defendant, filed this Notice of Removal within thirty days of the date of service, and Mr. Cobb, the earlier-served Defendant, consents to the removal.

      a.  Premier Transportation's date of service under the terms of the parties' agreement is May 2, 2022.

      b.  The date of this Notice of Removal is May 9, 2022.

11.    Premier Transportation attaches in support of this Notice of Removal all process, pleadings, documents, and orders served on them as required by Local Rule 103.5(a): 1) Ex. A, Plaintiff's Original Complaint; 2) Ex. B, Plaintiff's Affidavit of Service; 3) Ex. E, Plaintiff's Amended Complaint; 4) Ex. F, Defendants' Answer to Plaintiff's Amended Complaint.

WHEREFORE Petitioner/Defendant respectfully requests that the Court authorize the removal of Case No. CAL22-02603 from the Circuit Court for Prince George's County, Maryland to this Court.

Respectfully submitted,

_____/s/_____
Andrew T. Stephenson, Esq. (26504)
(Signed with Permission by Joshua T. Carback)
_____/s/_____
Joshua T. Carback, Esq. (21713)
FRANKLIN & PROKOPIK, P.C.
The B & O Building
2 North Charles Street, Suite 600
Baltimore, Maryland 21201
(410) 230 – 3638 (Telephone)
(410) 752 – 6868 (Facsimile)
astephenson@fandpnet.com
jcarback@fandpnet.com
*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I certify that on this 23rd day of May 2022 that a copy this Notice of Removal was served through CM/ECF, regular mail, first class, postage prepaid, or email on the following:

Robert K. Epstein, Esq. (09972)
THE LAW OFFICE OF ROBERT K. EPSTEIN, ESQ.
8613 Cedar Street
Silver Spring, Maryland 20910
rke918@aol.com
*Attorney for Plaintiff*

_____/s/_____
Joshua T. Carback, Esq. (21713)