**Robert K. Epstein, Esq.**
8613 Cedar Street
Silver Spring, Maryland 20910
301-589-0801
Fax: 301-589-7343

# fax transmittal

**to:** Andrew Stephenson

**fax:** 410 752-6868
·Ph/CL — 443 756-6564

**from:** Robert K. Epstein, Esq.

**date:** 4/11/22

**re:** Callahan v. Cobb et al

**pages:** 8

**NOTES:** a. Complaint
b. Certificate of Service

CLERK OF THE CIRCUIT COURT

IN THE CIRCUIT COURT FOR PRINCE GEORGES COUNTY, MARYLAND

MARIAM T. CALLAHAN,

9314 CHERRY HILL RD, APT 415

COLLEGE PARK, MD 20740

    PLAINTIFF

V.

CASE NO. CAL 22-02603

JAMES VICTORY COBB JR

414 MACCRIPINE RD

PINETOPS, N.C. 27864

    DEFENDANT

    AND

PREMIER TRANSPORTATION

201 N. CONGRESS AVE.

EVANSVILLE, IN 47715

    DEFENDANT

## CIVIL COMPLAINT

Comes now the Plaintiff, Mariam T. Callahan, by and through counsel Robert K. Epstein against the Defendants, Premier Transportation and James V. Cobb Jr, for serious injuries and damages she incurred as a result of their negligence and who, for just cause under Maryland law, states as follows:

1. The Plaintiff is a resident of Prince Georges County, Maryland, and has been for more than the last year preceding.

2. This accident occurred in Prince Georges County, MD.

3. Defendant Cobb was driving a vehicle owned by Defendant Premier Transportation and with their full knowledge and consent at the time of this accident.

4. On or about the 12th day of February, 2019, at approximately 7:14 P.M. Plaintiff was traveling northbound on the Capital Beltway. She was returning home from work taking the same route she has used five days a week since 2013.

Page 2, Callahan

5. Plaintiff was driving in the right lane while approaching her exit at Temple Hill Rd when Defendant hit her vehicle without cause or warning while attempting to make an illegal lane change in order to reach the outside lanes on his left. As a result, Plaintiff was spun out of control and stopped only when she crashed into a tree with full force. Her vehicle was immediately declared a total loss. Fortunately, the Plaintiff had been seat belted.

6. Plaintiff was removed from the wreckage by emergency personnel with the assistance of the "jaws of life". She was transported by ambulance to Inova Hospital, where she was treated for multiple injuries.

7. She returned to the hospital several days later for treatment of persistent symptoms, including a continuous nosebleed. In the succeeding years, Plaintiff, who had been asymptomatic prior to this accident, has required medical treatment for various parts of her body, including her neck, back and head. Moreover, she required surgery to replace her left hip in order to improve her mobility and alleviate her pain and suffering. To this day, she lives in constant pain and like all injuries cited herein, as well as her permanent disability, have been directly related to the accident. Furthermore, her enjoyment of life has been severely diminished.

8. Defendant Cobb, who was driving a vehicle owned by Defendant's Premier Transportation with its consent and knowledge, was guilty of making an unsafe lane change, failure to keep a safe distance, failure to keep a proper lookout, failure to control his vehicle, and was otherwise generally negligent in the use of Maryland roads.

9. Defendant's negligence was the direct and proximate cause of this accident as well as considerable expense, lost wages, pain and suffering, permanent injury, diminishment of life, and other damages and loss incurred by the Plaintiff in this accident..

WHEREUPON, IT IS RESPECTFULLY REQUESTED THAT THIS HONORABLE COURT AWARD THE PLAINTIFF MARIAM T. CALLAHAN JUDGMENT IN THE AMOUNT OF FIVE HUNDRED THOUSAND DOLLARS IN DAMAGES AGAINST DEFENDANT JAMES V. COBB JR AS WELL AS SUCH OTHER AND FURTHER RELIEF AS THE COURT DEEMS APPROPRIATE.

WHEREUPON, IT IS RESPECTFULLY REQUESTED THAT THIS HONORABLE COURT AWARD THE PLAINTIFF MARIAM T. CALLAHAN JUDGMENT IN THE AMOUNT OF FIVE HUNDRED THOUSAND DOLLARS AGAINST DEFENDANT PREMIER TRANSPORTATION, AS WELL AS SUCH OTHER AND FURTHER RELIEF AS THE COURT DEEMS APPROPRIATE.

Page 3, Callahan

RESPECTFULLY SUBMITTED:

_____
ROBERT K. EPSTEIN

ATTORNEY FOR THE PLAINTIFF

8613 Cedar St.

Silver Spring, MD 20910

Ph 301 589-0801

I SWEAR AND AFFIRM UNDER PENALTY OF PERJURY THAT THE STATEMENTS MADE HEREIN ARE TRUE TO THE BEST OF MY KNOWLEDGE INFORMATION AND BELIEF, AND FURTHER, I AM AT LEAST TWENTY-ONE (21) YEARS OF AGE AND NOT UNDER THE INFLUENCE OF EITHER DRUGS OR ALCOHOL.

_____  02-04-2022
PLAINTIFF  MARIM T CALLAHAN